PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
_____Abilene_____ **DIVISION**

Hann Berhley #131122
Plaintiff's Name and ID Number

Taylor County Detention Center
Place of Confinement

CASE NO. __1:25-cv-00048_____
(Clerk will assign the number)

v.

Parole officer Shawn Lawson   5241 W Stamford St,
Defendant's Name and Address   Abilene, TX 79603

Taylor County Parole office   5241 W Stamford St
Defendant's Name and Address   Abilene, TX 79603

Austin parole Command Center
Defendant's Name and Address Texas Department of criminal Justice (TDCJ)
( DO NOT USE "ET AL.")   Parole Division; 8610 Shoal Creek Boulevard, Austin, TX 78757

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? \_\_\_YES ✓ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: Taylor County Detention Center

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Hank Berhley  Taylor county DeTenTion Center 910 S. 27Th ST Abilene, TX 79602 #(325)-691-7422    #131122

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Parole officer  Shawn Lawson 5241 w STamford ST Abilene, TX 79603 Criminal JusTice Department Parole

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Alleged  Rule  Violation(S)

Defendant #2: Taylor County Parole office criminal JusTice DeparTment Parole 5241 w STamford ST, Abilene, TX 79603

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Alleged  Rule  Violation(s)

Defendant #3: Austin  parole  Command  Center - Texas Department of Criminal Justice (TDCJ) parole Divisions 8610 Shoal Creek Boulevard, Austin, Tx 78757

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Alleged  Rule  Violation(s)

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Defendant's Alleged I voilated the following Rule's on said day's
Rule #8T×2 Strap alert on Feb, 09 2025
Rule #8T×2 Strap alert on Feb, 10 2025
Rule #8T×1 Connection alert on Feb, 12 2025
Rule #80.44×1 N/A/A/A class on Jan, 13 2025
Rule #9C×2 failure to pay fee Jan, 13 2025
Rule #2×1 New offense on Feb, 09 2025
Rule #2×1 New Offense on Feb, 12 2025
Rule #8 0.22 gainful employment Jan, 13 2025

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the parole office to correct their mistake and be released from custody as soon as possible.

VII.    GENERAL BACKGROUND INFORMATION:

A.    State, in complete form, all names you have ever used or been known by including any and all aliases.

Hank Berkley

B.    List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#01721018

VIII.    SANCTIONS:

A.    Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B.    If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.    Court that imposed sanctions (if federal, give the district and division):_____

2.    Case number:_____

3.    Approximate date sanctions were imposed:_____

4.    Have the sanctions been lifted or otherwise satisfied? ____YES ✓ NO

4

Statement of Claim:

All violation's are untrue and I have been Incarcerated in Taylor county Jail Since Feb, 12 2025

On Jan, 10 address for Taylor county was approved, Parole officer from Conroe District Parole office Tony White stated quote " He does Not Know why Abilene District parole office has Not installed Curfew box at: 1933 swenson st Abilene, TX but when I first report at Abilene District Parole office that Gps monitor Will be removed and I would be placed on Curfew monitor. Gps was not removed on said date of Jan, 13 2025 and remained on. Officer (Shawn Lawson) Left incorrect monitor on. All monitor's Should have been removed on Feb, 11 2025 (Shawn Lawson) Never filed correct paper work to have the monitor removed. I (hank Berkley) also have Witnesse's on my behalf.

Witness's:
1. rodriquez, Mercedes
address: 1933 swenson st, Abilene, TX 79603
Phone: (325) 733-0066

2. Herrera, Mauanala
address: 1935 swenson st, Abilene, TX 79603
Phone: (325) 201-1966

3. Flores, Lucinda
address: 1933 swenson st, Abilene, TX 79603
Phone: (325) 201-1966

C.  Has any court ever warned or notified you that sanctions could be imposed?     _____YES __✓__NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that issued warning (if federal, give the district and division):_____

   2.  Case number:_____

   3.  Approximate date warning was issued:_____

Executed on: _____

         DATE

                                          *Hank Berkley*
                                         (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____21 st_____ day of ___Feb_____ , 20 _25___ .
               (Day)                     (month)         (year)

                                           *Hank Berkley*
                                       (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

FEB 2 7 2025

Grievance of exhaustion

I hank Berkley, have wrote a Grievance on the Kiosks at Taylor county Jail agianst parole on false document's and false inprisonment and still have not got a response from My Grievance asked Multiple time's for copy's of it. to mail out for My law suit is there anyway yall can get me copy's they said they do not do copy's at all at this facilty Thank you

Date: 2/23/25

Hank Berkles #131122
910. S. 27TH ST
Abilene, TX 79602

18 MAR 2025
ABILENE TX
18 MAR 2025

FOREVER / USA

X-RAY

United States District court
341 Pine street, Room 2008
Abilene, TX 79601

RECEIVED

MAR 20 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

TAYLOR COUNTY
INMATE CORRESPONDENCE